```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DEDRA DE LA ROSA,

                Plaintiff,

-against-    24 Civ. 9373 (AT)

COURREGES NY LLC and ATLANTICO, INC.,    **ORDER**

                Defendants.

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letter at ECF No. 24. Accordingly, this case is referred for mediation to the Southern District of New York's Mediation Program. *See id*. Local Rule 83.9 shall govern the mediation. The parties are directed to participate in the mediation in good faith. The mediation shall have no effect upon any scheduling order issued by this Court without leave of this Court.

       The case management conference scheduled for June 23, 2025, is ADJOURNED *sine die*. By **September 15, 2025**, the parties shall file a joint letter on the status of mediation. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

       SO ORDERED.

Dated: June 17, 2025
       New York, New York

                                          ANALISA TORRES
                                United States District Judge